

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00180-CV

Denise **GARZA**,
Appellant

v.

**ECKERT IG LLC ECKERT HEIGHTS**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2025CV00546
Honorable David J. Rodriguez, Judge Presiding

PER CURIAM

Sitting:  Lori Massey Brissette, Justice
     Adrian A. Spears II, Justice
     H. Todd McCray, Justice

Delivered and Filed: June 18, 2025

DISMISSED FOR WANT OF PROSECUTION

  Pro se appellant Denise Garza appeals the trial court's February 27, 2025 judgment. Appellant's brief was originally due May 1, 2025 and was not filed. On May 20, 2025, we ordered appellant to file, by May 30, 2025: (1) her brief; and (2) a written response reasonably explaining her failure to timely file a brief. In our order, we cautioned the appellant that failure to timely file a brief and written response would result in dismissal of this appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a). Appellant has not filed a brief or otherwise responded

to our order. Because appellant has failed to timely file a brief, this appeal is dismissed for want of prosecution. *See id.*; TEX. R. APP. P. 42.3(b).

PER CURIAM